NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUN 5 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ALLEN RICHARD SMITH,<br><br>Defendant - Appellant. | No. 23-1978<br><br>D.C. No. 4:20-cr-06033-MKD-1<br><br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of Washington
Mary K. Dimke, District Judge, Presiding

Submitted May 29, 2024[**]

Before:    FRIEDLAND, BENNETT, and SANCHEZ, Circuit Judges.

Allen Richard Smith appeals from the district court's judgment and

challenges his guilty-plea conviction and 25-year sentence for production of child

pornography, in violation of 18 U.S.C. § 2251(a), (e).

Smith's counsel have filed a brief stating that there are no grounds for relief,

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

along with a motion to withdraw as counsel of record. We have provided Smith the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Smith waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

The motion to withdraw as counsel is **GRANTED**.

**DISMISSED.**